The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD SPENCER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STARBUCKS CORPORATION,<br><br>Defendant. | No. 2:22-cv-01123-JCC<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT<br><br>Note on Motion Calendar: September 1, 2022 |

STIPULATED MOTION

The parties, by and through their attorneys of recsord, respectfully request that the Court enter the proposed Order set forth below, which extends by 21 days the deadline for Defendant to answer or otherwise respond to the Complaint.

In support of this request, the parties represent the following to the Court:

1.   On August 11, 2022, Plaintiff filed his Complaint [Dkt. 1] against Defendant in the above-captioned action.  On August 16, 2022, Plaintiff served Defendant with a Summons and the Complaint.  Dkt. 4.  Accordingly, absent an extension of time, Defendant's answer or other response would be due September 6, 2022.  *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 1
4863-7835-9088v.2 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

2. On August 29, 2022, Defendant's counsel requested and Plaintiff's counsel agreed to stipulate to extend until September 27, 2022, the deadline for Defendants to answer or otherwise respond to the Complaint.

3. Based on the foregoing the parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Order approving that stipulation: the deadline for Defendant to answer or otherwise respond to the Complaint should be extended to September 27, 2022.

Stipulated to and respectfully submitted this 1st day of September, 2022, by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By s/ *Kenneth E. Payson*
    Kenneth E. Payson, WSBA #26369
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700
    E-mail: kenpayson@dwt.com

CARSON NOEL PLLC
*Attorneys for Plaintiff*

By s/ *Wright A. Noel*
    Wright A. Noel, WSBA #25264
    20 Sixth Avenue NE
    Issaquah, WA 98027
    Telephone: (425) 837-4717
    Facsimile: (425) 837-5396
    E-mail: wright@carsonnoel.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 2
4863-7835-9088v.2 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Philip L. Fraietta (admitted *pro hac vice*)
Julian C. Diamond (admitted *pro hac vice*)
Matthew A. Girardi (admitted *pro hac vice*)
BURSOR & FISHER, P.A.
888 Seventh Avenue, Third Floor
New York, NY  10019
Telephone:  (646) 837-7150
Facsimile:  (212) 9899163
Email:  pfraietta@bursor.com
          jdiamond@bursor.com
          mgirardi@bursor.com

ORDER

IT IS SO ORDERED.

DATED this 1st day of September 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By  s/ *Kenneth E. Payson*
     Kenneth E. Payson, WSBA #26369
     920 Fifth Avenue, Suite 3300
     Seattle, Washington  98104-1610
     Telephone:  (206) 622-3150
     Facsimile:  (206) 757-7700
     E-mail:  kenpayson@dwt.com

STIPULATED MOTION AND
[PROPOSED] ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 3
4863-7835-9088v.2 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

CARSON NOEL PLLC
*Attorneys for Plaintiff*

By s/ *Wright A. Noel*
    Wright A. Noel, WSBA #25264
    20 Sixth Avenue NE
    Issaquah, WA  98027
    Telephone:  (425) 837-4717
    Facsimile:  (425) 837-5396
    E-mail:  wright@carsonnoel.com

    Philip L. Fraietta (admitted pro hac vice)
    Julian C. Diamond (admitted pro hac vice)
    Matthew A. Girardi (admitted pro hac vice)
    BURSOR & FISHER, P.A.
    888 Seventh Avenue, Third Floor
    New York, NY  10019
    Telephone:  (646) 837-7150
    Facsimile:  (212) 9899163
    Email:  pfraietta@bursor.com
          jdiamond@bursor.com
          mgirardi@bursor.com

STIPULATED MOTION AND
[~~PROPOSED~~] ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 4
4863-7835-9088v.2 0050033-001660

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax