The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD SPENCER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

STARBUCKS CORPORATION,

Defendant.

No. 2:22-cv-01123-JCC

THIRD STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

Note on Motion Calendar:
October 17, 2022

STIPULATED MOTION

The parties, by and through their attorneys of record, respectfully request that the Court enter the proposed Order set forth below, which further extends the deadline for Defendant to answer or otherwise respond to the Complaint, as the parties are discussing alternatives to litigation.

In support of this request, the parties represent the following to the Court:

1. Earlier Defendant requested, and Plaintiff agreed, to extend the time for Defendant to answer or otherwise respond to the Complaint to allow Defendant time to investigate the Complaint allegations. The parties therefore filed a stipulated motion and proposed order to extend time for Defendant to answer until September 27, 2022, which the Court granted. Dkt. 14.

THIRD STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

2. The parties filed a second stipulated motion and proposed order to extend time for Defendant to answer until October 18, 2022, which the Court granted.  Dkt. 16.

3. On October 14, 2022, in order to continue their discussions on possible alternatives to litigation, the parties agreed to stipulate to extend until November 8, 2022, the deadline for Defendant to answer or otherwise respond to the Complaint.

4. To conserve resources of the parties and the Court, and to allow the parties to focus their efforts on possible alternatives to litigation, the parties have agreed, and respectfully request the Court, to further extend the deadline for Defendant to answer or otherwise respond to the Complaint until November 8, 2022.  This is the third request to extend Defendant's deadline to answer or otherwise respond to the Complaint.

5. Based on the foregoing the parties stipulate, subject to Court approval, as follows and jointly request that the Court enter the following Order approving that stipulation:  the deadline for Defendant to answer or otherwise respond to the Complaint should be extended to November 8, 2022.

Stipulated to and respectfully submitted this 17th day of October, 2022, by:

    DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Defendant*

    By *s/ Theo A. Lesczynski*
       Theo A. Lesczynski, WSBA #59780
       Kenneth E. Payson, WSBA #26369
       920 Fifth Avenue, Suite 3300
       Seattle, Washington  98104-1610
       Telephone:  (206) 622-3150
       Facsimile:  (206) 757-7700
       E-mail:  theolesczynski@dwt.com
             kenpayson@dwt.com

THIRD STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DEADLINE (2:22-cv-01123-JCC) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

CARSON NOEL PLLC
*Attorneys for Plaintiff*

By s/ *Wright A. Noel*
    Wright A. Noel, WSBA #25264
    20 Sixth Avenue NE
    Issaquah, WA  98027
    Telephone:  (425) 837-4717
    Facsimile:  (425) 837-5396
    E-mail:  wright@carsonnoel.com


    Philip L. Fraietta (admitted *pro hac vice*)
    Julian C. Diamond (admitted *pro hac vice*)
    Matthew A. Girardi (admitted *pro hac vice*)
    BURSOR & FISHER, P.A.
    888 Seventh Avenue, Third Floor
    New York, NY  10019
    Telephone:  (646) 837-7150
    Facsimile:  (212) 9899163
    Email:  pfraietta@bursor.com
            jdiamond@bursor.com
            mgirardi@bursor.com


## ORDER

So ORDERED this 18th day of October 2022.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

THIRD STIPULATED MOTION AND [PROPOSED]
ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant*

By  s/ *Theo A. Lesczynski*
    Theo A. Lesczynski, WSBA #59780
    Kenneth E. Payson, WSBA #26369
    920 Fifth Avenue, Suite 3300
    Seattle, Washington  98104-1610
    Telephone:  (206) 622-3150
    Facsimile:  (206) 757-7700
    E-mail:  theolesczynski@dwt.com
             kenpayson@dwt.com


CARSON NOEL PLLC
*Attorneys for Plaintiff*

By s/ *Wright A. Noel*
    Wright A. Noel, WSBA #25264
    20 Sixth Avenue NE
    Issaquah, WA  98027
    Telephone:  (425) 837-4717
    Facsimile:  (425) 837-5396
    E-mail:  wright@carsonnoel.com

    Philip L. Fraietta (admitted pro hac vice)
    Julian C. Diamond (admitted pro hac vice)
    Matthew A. Girardi (admitted pro hac vice)
    BURSOR & FISHER, P.A.
    888 Seventh Avenue, Third Floor
    New York, NY  10019
    Telephone:  (646) 837-7150
    Facsimile:  (212) 9899163
    Email:  pfraietta@bursor.com
            jdiamond@bursor.com
            mgirardi@bursor.com

THIRD STIPULATED MOTION AND [~~PROPOSED~~]
ORDER EXTENDING DEADLINE
(2:22-cv-01123-JCC) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax